**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KAREN SIMON,

        Plaintiff,

v.                               Case No. 6:14-cv-2125-Orl-37GJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

## ORDER

This cause is before the Court on the following:

1. Defendant State Farm Mutual Automobile Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Law (Doc. 5), filed December 30, 2014; and

2. Plaintiff Karen Simon's Memorandum of Law in Opposition to State Farm's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 14), filed January 16, 2015.

At the parties' request (*see* Doc. 19), the Court held a Preliminary Pretrial Conference ("PPTC") on February 12, 2015. (*See* Docs. 20, 21.) At the PPTC, the Court heard argument from the parties as to their respective positions on Defendant's Motion to Dismiss (Doc. 5). (*See* Doc. 21.) In accordance with the Court's rulings during the PPTC, it is hereby **ORDERED AND ADJUDGED** that:

1. Defendant State Farm Mutual Automobile Insurance Company's Motion to Dismiss Plaintiff's Amended Complaint and Incorporated Memorandum of Law (Doc. 5) is **GRANTED IN PART AND DENIED IN PART**.

    a.    The Motion is **GRANTED** as to the Garnishment claim ("Count 3"), which is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an Amended Complaint on or before Friday, **February 20, 2015**.

    b.    The Motion (Doc. 5) is **GRANTED** as to the Florida Claims Administration Statute claim ("Count IV"), which is **DISMISSED WITH PREJUDICE**.

    c.    In all other respects, the Motion is **DENIED**.

2. The Court will defer entering a Case Management and Scheduling Order until it has received the additional briefing as ordered at the PPTC. (*See* Doc. 21.)

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 13, 2015.

 

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record